**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| USACM LIQUIDATING TRUST, *Plaintiff-Appellant*, | No. 11-15626 |
| and | D.C. No. 2:08-cv-00461-PMP-PAL |
| USA CAPITAL DIVERSIFIED DEED FUND, LLC, *Plaintiff*, | ORDER |
| v. | |
| DELOITTE & TOUCHE, *Defendant-Appellee*. | |

Filed March 14, 2014

Before: J. Clifford Wallace and Sandra S. Ikuta, Circuit Judges, and Marvin J. Garbis, Senior District Judge.[*]

**ORDER**

The order, filed on February 18, 2014, is amended as follows:

---

[*] The Honorable Marvin J. Garbis, Senior District Judge for the U.S. District Court for the District of Maryland, sitting by designation.

Page 3, lines 10–11, replace "No petitions for rehearing and/or rehearing en banc will be entertained." with "Appellant shall have 14 days from the date of the amendment of this order to file a petition for rehearing or rehearing en banc."